IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADIA NOORZAI,

                    Plaintiff,

          v.

GENENTECH, INC., et al.,

                    Defendants.

NO. C12-4914 TEH

ORDER REMANDING CASE TO
SAN MATEO SUPERIOR
COURT

     This matter is before the Court on Plaintiff's motion to remand (Docket No. 16). Pursuant to the parties' November 28, 2012 stipulation, entered by this Court on November 30, 2012, Plaintiff has filed an Amended Complaint omitting paragraphs 19-23 from her original complaint which concerned the denial of disability benefits covered by the Employee Retirement Income Security Act.  Plaintiff agrees not to pursue any claims for wrongful denial of disability benefits in her state court action.  Nov. 30 Order ¶ 1.  Therefore, in accordance with the stipulation of the parties, the Court now REMANDS this case to the San Mateo Superior Court.  Defendant's motion to dismiss (Docket No. 7) is VACATED as moot.

**IT IS SO ORDERED**.

Dated:   12/3/12

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California